CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB No. 168633)
vdemarchi@fenwick.com
DAVID M. LACY KUSTERS (CSB No. 241335)
dlacykusters@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
AMY HAYDEN (CSB No. 287026)
ahayden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant
PACIFIC SUNWEAR OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN APPAREL, LLC, et al.,<br><br>  Defendants. | Case No.: 3:11-cv-02158-GPC-WMC<br><br>**NOTICE OF PACIFIC SUNWEAR OF CALIFORNIA, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: September 13, 2013<br>Hearing Time: 1:30 p.m.<br>Courtroom: 2D, 2nd Floor<br>Judge: Hon. Gonzalo P. Curiel |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 13, 2013 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 2D of the United States District Court, located at 221 West Broadway San Diego, CA 92101, before the Honorable Gonzalo P. Curiel, defendant Pacific Sunwear of California, Inc. ("Pacific Sunwear") will and hereby does move the Court pursuant to its inherent authority, 28 U.S.C. § 1927, 35 U.S.C. § 285, and Fed. R. Civ. P. 54(d) for an order (1) requiring plaintiff Select Retrieval, LLC ("Select Retrieval") and/or its counsel to pay the fees and costs incurred in Pacific Sunwear's successful defense of this action, and (2) permitting Pacific Sunwear to make a supplemental submission *in camera*, as allowed by Rule 54(d), detailing the work performed on Pacific Sunwear's behalf (including the preparation of this motion) and the amounts and reasonableness of the fees and costs claimed within twenty-one days of this Court's order granting the motion.

This motion is supported by the Memorandum of Points and Authorities in Support of Pacific Sunwear of California, Inc.'s Motion for an Award of Attorneys' Fees and Costs and the Declaration of Virginia K. DeMarchi in Support of Pacific Sunwear of California, Inc.'s Motion for an Award of Attorneys' Fees and Costs, and exhibits thereto, both filed under seal concurrently herewith, as well as the record in this action and in the actions referred to in the Memorandum of Points and Authorities, and such other matters as may be submitted to the Court.

Dated: May 23, 2013                             FENWICK & WEST LLP

                                                By: */s/Virginia K. DeMarchi*
                                                    Virginia K. DeMarchi
                                                    vdemarchi@fenwick.com

                                                Attorneys for Defendant
                                                PACIFIC SUNWEAR OF CALIFORNIA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF PACIFIC SUNWEAR'S MOT. FOR AWARD OF ATTORNEYS' FEES AND COSTS            1            CASE NO.: 3:11-CV-02158-GPC-WMC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil Local Rule 5.2 on May 23, 2013.

Dated: May 23, 2013      FENWICK & WEST LLP


By: */s/Virginia K. DeMarchi*
   Virginia K. DeMarchi
   vdemarchi@fenwick.com

Attorneys for Defendant
PACIFIC SUNWEAR OF CALIFORNIA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF PACIFIC SUNWEAR'S MOT. FOR
AWARD OF ATTORNEYS' FEES AND COSTS

CASE NO.: 3:11-CV-02158-GPC-WMC